UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JORGE I. MON and MARIA E. MON,

    Plaintiffs,

v.

    Case No: _____

AMERICAN ZURICH INSURANCE
COMPANY,

    Defendant.
_____/

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, defendant, American Zurich Insurance Company ("American Zurich"), through undersigned counsel, hereby removes the above-captioned matter to this Court from the Circuit Court of the Seventeenth Judicial Circuit of Florida, Broward County (the "State Court Action"), stating as follows:

1. The State Court Action was commenced by plaintiffs, Jorge I. Mon and Maria E. Mon (collectively, the "Mons"), with the filing of their Complaint for Damages ("Complaint") on November 22, 2021 in the Circuit Court of the Seventeenth Judicial Circuit of Florida, Broward County (Case No. CACE-21-020950).

2. American Zurich was served with a summons and a copy of the Complaint by the Chief Financial Officer of the State of Florida via electronic delivery on January 11, 2022.

3. American Zurich is the sole defendant in the State Court Action. Pursuant to 28 U.S.C. §1446(a), a copy of all process, pleadings, and orders served upon American Zurich in the State Court Action is attached hereto as Exhibit "A."

4. The Complaint alleges that American Zurich failed to pay the Mons for all insurance proceeds allegedly due under a purported "homeowners insurance policy" (the "Policy") in connection with a claim for loss and/or damage that allegedly occurred on or about September 10, 2017 at Mons' property located in Broward County at 730 NW 166th Avenue, Pembroke Pines, FL 33028 (the "Property") as a result of wind and water. The Complaint consists of one count for breach of contract.

## JURISDICTION

### I. Diversity of Citizenship

5. American Zurich and the Mons are citizens of different states for purposes of establishing this Court's subject matter jurisdiction under 28 U.S.C. § 1332.

6. American Zurich is an Illinois corporation with its principal place of business in Illinois. Attached as Exhibit "B" is a true and correct copy of a publicly available record from the website of the Illinois Department of Insurance (www2.illinois.gov/sites/insurance). Also attached as Exhibit "C" is a true and correct copy of a publicly available record from the website of the Florida Office of Insurance Regulation (www.floir.com). These records confirm that American Zurich is incorporated in Illinois and maintains its principal place of business at 1299 Zurich Way, Schaumburg, IL 60196.

7. The Mons are both citizens of Florida and maintain their domicile at the Property. Attached as Exhibit "D" is a true and correct copy of a publicly available record from the Broward County Property Appraiser (www.bcpa.net). This record shows that the Mons have claimed a homestead exemption for the Property, thus confirming that the Property is their place of domicile. *See Colwell v. Royal Intern. Trading Corp.*, 266 B.R. 714, 719 (Bankr. S.D. Fla. 1998) ("In Florida, a homestead is established when there is 'actual intent to live permanently in a place, coupled with

actual use and occupancy.'"), *quoting In re Brown*, 165 B.R. 512, 514 (Bankr. M.D. Fla. 1994), *citing Hillsborough Inv. Co. v. Wilcox,* 13 So. 2d 488 (Fla. 1943).

8. Based on the above, since American Zurich is a citizen of the State of Illinois and the Mons are citizens of the State of Florida for purposes of establishing diversity jurisdiction under 28 U.S.C. § 1332, complete diversity of citizenship exists.

## II. Amount in Controversy

9. The amount in controversy in this action, exclusive of interest and costs, exceeds the jurisdictional amount of $75,000, as set forth in 28 U.S.C. § 1332.

10. The Complaint does not seek a sum certain. It merely alleges that "[t]his is an action for breach of contract wherein the damages do exceed $30,000.00 excluding attorney's fees, costs and interest." *See* Ex. A, Complaint, ¶1.

11. However, the Mons submitted a claim under the Policy to American Zurich for loss and/or damage to the Property that allegedly occurred on or about September 10, 2017. In support of their claim, the Mons provided American Zurich with a detailed estimate prepared by Master Claims dated December 8, 2020 (the "Estimate"), allegedly identifying various areas of the Property that sustained damage and the amounts being sought from American Zurich for repairs. The Estimate totals $78,607.01 and is attached as Exhibit "B" to the Complaint.

12. Additionally, the Mons are seeking attorney's fees from American Zurich in this action (*See* Ex. A, Complaint at ¶ 15 and at the "Wherefore" clause), which must also be considered in determining the amount in controversy. *See Morrison v. Allstate Indem. Co.*, 228 F.3d 1255, 1265 (11th Cir. 2000) ("When a statute authorizes the recovery of attorney's fees, a reasonable amount of those fees is included in the amount in controversy."); Fla. Stat. § 627.428 (authorizing

3

the recovery of attorneys' fees against an insurer upon the rendition of a judgment or decree in favor of any named or omnibus insured under a policy or contract executed by the insurer).

13. Based upon American Zurich's investigation of the subject claim, it determined that the claim was not covered under the Policy and, therefore, no insurance proceeds were issued to the Mons. *See* denial letter dated August 11, 2021 attached hereto as Exhibit "E."

14. In light of the above, since the Mons allege that they are owed $78,607.01 under the Policy with respect to the claim and are also entitled to recover their attorneys' fees in this action, and because American Zurich has determined that no insurance proceeds are owed under the Policy for the claim, the amount in controversy exceeds the $75,000 jurisdictional threshold of this Court.

## TIMELINESS OF REMOVAL

15. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(3) and *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344 (1999), because it is being filed within thirty (30) days after a copy of the initial pleading setting forth the claim for relief upon which this action is based was served upon American Zurich, i.e., January 11, 2022.

16. Additionally, this Notice of Removal is being filed within one (1) year from the commencement of the State Court Action on November 22, 2021 and therefore meets the timeliness requirement set forth in 28 U.S.C. § 1446(c)(1).

17. In sum, because diversity of citizenship exists as between American Zurich on the one hand, and the Mons on the other, and the amount in controversy exceeds $75,000, this Court has subject matter jurisdiction over this proceeding pursuant to 28 U.S.C. § 1332.

18. The United States District Court for the Southern District of Florida encompasses the place where the State Court Action is pending. Accordingly, this Court is the proper federal venue for this action.

19. No previous application has been made for the relief requested herein.

20. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for the Plaintiffs and a copy is being filed with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit of Florida, Broward County.

**WHEREFORE**, American Zurich Insurance Company respectfully removes this action from the Circuit Court of the Seventeenth Judicial Circuit of Florida, Broward County.

Dated: February 10, 2022

                        Respectfully submitted,

                        ZELLE LLP

By:  s/ Jason M. Chodos
      Jason M. Chodos, Esq. (FL Bar No. 025823)
      jchodos@zelle.com
      Hayley H. Ryan, Esq. (FL Bar No. 1032623)
      hryan@zelle.com
      SunTrust International Center
      One Southeast Third Avenue, Suite 1600
      Miami, Florida 33131
      Tel.: (786) 693-2351
      Fax: (612) 336-9100
      *Attorneys for Defendant,*
      *American Zurich Insurance Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 10, 2022, I served the foregoing Notice of Removal upon counsel for Plaintiffs, Jamie Alvarez, Esq., Shield Law Group of Florida, LLC, 15751 Sheridan Street, Suite 300, Davie, FL 33331, by e-mail via the Florida ePortal system to which (s)he is registered.

<div style="margin-left:50%">

s/ Jason M. Chodos
Jason M. Chodos, Esq. (FL Bar No. 025823)
jchodos@zelle.com
Hayley H. Ryan, Esq. (FL Bar No. 1032623)
hryan@zelle.com
ZELLE LLP
SunTrust International Center
One Southeast Third Avenue, Suite 1600
Miami, Florida 33131
Tel.: (786) 693-2351
Fax: (612) 336-9100
*Attorneys for Defendant,*
*American Zurich Insurance Company*

</div>