# Exhibit "A"



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 24310645**
**Date Processed: 01/11/2022**

| | |
|---|---|
| **Primary Contact:** | Arnold D'Angelo<br>Zurich North America<br>1299 Zurich Way<br>Schaumburg, IL 60196-1056 |

| | |
|---|---|
| **Electronic copy provided to:** | Hank Russell |

| | |
|---|---|
| **Entity:** | American Zurich Insurance Company<br>Entity ID Number  2746773 |
| **Entity Served:** | American Zurich Insurance Company |
| **Title of Action:** | Jorge I. Mon vs. American Zurich Insurance Company |
| **Matter Name/ID:** | Jorge I. Mon vs. American Zurich Insurance Company (11903323) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Broward County Circuit Court, FL |
| **Case/Reference No:** | CACE-21-020950 |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 01/11/2022 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | FL DFS on 01/07/2022 |
| **How Served:** | Electronic SOP |
| Sender Information: | Shield Law Group Of Florida, LLC<br>786-496-2223 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

*21-000571255*

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

JORGE & MARIA MON

PLAINTIFF(S)

VS.

AMERICAN ZURICH INSURANCE COMPANY

DEFENDANT(S)

_____/

| | |
|---|---|
| **CASE #:** | **CACE-21-020950** |
| **COURT:** | **17TH JUDICIAL CIRCUIT** |
| **COUNTY:** | **BROWARD** |
| **DFS-SOP #:** | **21-000571255** |

SUMMONS, COMPLAINT, DISCOVERY, EMAIL DESIGNATION, NOTICE OF TAKING DEPOSITION

# <u>NOTICE OF SERVICE OF PROCESS</u>

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said  process was received in my office by ELECTRONIC DELIVERY on Friday, January 7, 2022 and a copy was forwarded by ELECTRONIC DELIVERY on Tuesday, January 11, 2022 to the designated agent for the named entity as shown below.

AMERICAN ZURICH INSURANCE COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule  #1.080**

Jimmy Patronis
Chief Financial Officer

JAMIE ALVAREZ
ATTORNEY
SHIELD LAW GROUP OF FLORIDA
15751 SHERIDAN STREET 163
15751 SHERIDAN STREET 163
DAVIE, FL 33331-3486

CC1

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: CACE-21-020950

JORGE I. MON & MARIA E. MON,

      Plaintiff(s),

vs.

AMERICAN ZURICH INSURANCE
COMPANY,

      Defendant.

_____/

### CIVIL ACTION SUMMONS

To All and Singular Sheriffs of the State:

YOU ARE HEREBY COMMANDED to serve this summons in the above styled cause upon the Defendant:
**_AMERICAN ZURICH INSURANCE COMPANY, by serving its registered agent:_**
**CHIEF FINANCIAL OFFICER**
**200 E. GAINES STREET, TALLAHASSEE, FLORIDA 32399**

Each Defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney whose address is:

**SHIELD LAW GROUP OF FLORIDA, LLC**
**15751 Sheridan Street #300, Davie, Florida 33331**
**jamie@shieldlawgp.com;  legalservice@shieldlawgp.com**

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

DEC 07 2021

WITNESS my hand and the seal of said Court on this _____ day of _____, 20___.

                      CLERK OF THE COURT



By: _____
      As Deputy Clerk

**BRENDA D. FORMAN**

Shield Law Group of Florida, LLC * 15751 Sheridan Street 300, Davie, FL 33331 * Telephone #: 786-496-2223

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:

JORGE I. MON & MARIA E. MON,

      Plaintiff(s),

vs.

AMERICAN ZURICH INSURANCE
COMPANY,

      Defendant.

_____/

## COMPLAINT FOR DAMAGES

      COMES NOW the Plaintiffs, JORGE I. MON & MARIA E. MON, (hereinafter referred to as "Plaintiffs") by and through undersigned counsel and files this complaint for damages against the Defendant, AMERICAN ZURICH INSURANCE COMPANY, (hereinafter referred to as "Defendant") and states the following:

      1.      This is an action for breach of contract wherein the damages do exceed $30,000.00 excluding attorney's fees, costs and interest.

      2.      The Plaintiffs are sui juris and permanent residents of BROWARD County, Florida. Venue is proper in BROWARD County, Florida pursuant to Florida Statute 47.011, because the property at issue is located and cause of action upon which these allegations are based accrued in said county.

      3.      The Defendant is a Florida corporation existing under the laws of the State of Florida, who was engaged in the business of selling homeowners insurance policies in said County.

4.     That the Defendant, AMERICAN ZURICH INSURANCE COMPANY, issued homeowners insurance policy to the Plaintiffs.

5.     A true and correct copy of the policy of insurance issued by the Defendant is attached hereto and incorporated herein as Plaintiffs' Exhibit "A." The subject policy of insurance provides coverage for including, but not limited to damage caused to the property by WIND & WATER, replacement of personal property destroyed and/or damaged by a covered loss and additional living expenses reimbursement if and when the residence becomes uninhabitable.

6.     That on September 10th, 2017, while the Plaintiffs' homeowner's insurance was in full force and effect, without any warning or anticipation to the Plaintiffs, WIND & WATER damaged the Plaintiff's property. The damage includes but is not limited to that stated in the Plaintiffs' Estimate herein included as Exhibit "B". Claim 5630056902.

7.     That the Plaintiffs provided timely notice to the Defendant of the loss and complied with all conditions precedent required by the subject policy of insurance.  However, the Defendant, AMERICAN ZURICH INSURANCE COMPANY, breached the contract of insurance with the Plaintiffs by failing to provide necessary reimbursement for a covered loss in accordance with the insurance contract issued by the Defendant.

8.     That the Plaintiffs' loss consultant met with a claims representative retained by the Defendant to conduct an inspection of the Plaintiffs' loss.  At this meeting the Plaintiffs' loss consultant was informed an estimate of the Defendant's adjuster would be prepared and shortly forwarded.

9.     The Defendant failed to provide proper payment to the Plaintiffs for their loss.

10.     That the Plaintiffs' loss consultant made repeated inquiries to the Defendant's adjusting representatives to inform them of the deficiency.  These inquiries were not responded to by the Defendant or its adjusting representatives.

11.     That in an effort to resolve this matter without the need to file this action, the Plaintiffs' loss consultant forwarded an estimate which reflected the damage sustained to the Plaintiffs' residence.  The estimate included items that were damaged as a result of the aforementioned loss and that are covered under the policy of insurance issued by the Defendant. A true and correct copy of the estimate is attached hereto and incorporated as Plaintiffs' Exhibit "B."

12.     That the Defendant has failed to timely evaluate and pay the benefits owed to the Plaintiffs under the terms of the insurance policy issued by the Defendant.

13.     All conditions precedent to the bringing of this action has occurred, have been performed or otherwise satisfied, or have been waived.

14.     That due to the Defendant's failure to comply with the terms of the insurance policy issued by them, the Plaintiffs have suffered damages including, but not limited to, additional property damage.

15.     That the Defendant's failure to fulfill its contractual obligations contained in the homeowner's policy issued to the Plaintiffs has caused them to retain the services of the undersigned attorney for representation in this action.  Therefore, the Defendant, AMERICAN ZURICH INSURANCE COMPANY, is responsible for statutory attorney's fees pursuant to Florida Statute §627.428.

WHEREFORE, the Plaintiffs, hereby demands judgment against the Defendant, AMERICAN ZURICH INSURANCE COMPANY, for all damage to their property caused by the aforementioned loss together with interest on overdue payments, reasonable attorney's fees pursuant to Florida Statute 627.428, court costs and any other relief deemed just and equitable.

## DEMAND FOR JURY TRIAL

The Plaintiffs demand a trial by jury.

Respectfully Submitted,

Shield Law Group of Florida, LLC
15751 Sheridan Street #300
Davie, FL 33331
Telephone: 786-496-2223

By: **/s/ Jamie Alvarez, Esq. 0526762**
JAMIE ALVAREZ, ESQ.
FLA BAR NO.: 0526762
For Service of documents only:
legalservice@shieldlawgp.com

## BUILDERS RISK COVERAGE DECLARATIONS

| | |
|---|---|
| The Declarations, Supplemental Declarations, Common Policy Conditions, Commercial Inland Marine Conditions, Coverage Form(s) And Endorsement(s), if any, issued to and formingi a part thereof, complete the Commercial Insurance Policy numbered as follows: | American Zurich Insurance Company<br>A Stock Company<br>Administrative Office: 1299 Zurich Way<br>Schaumburg, IL 60196  Phone: 800-382-2150 |

THIS IS A COINSURANCE CONTRACT

[x] New Policy    BR10062877
☐ Renewal of
☐ Rewrite of

Please read your policy.

In return for the payment of the premium, and subject to all terms of this policy, we agree with you to provide the insurance as stated in this policy.

| | |
|---|---|
| 1. **Named Insured and Mailing Address:**<br><br>Jorge & Maria Mon<br>730 NW 166 Avenue<br>Pembroke Pines, FL 33028 | 2.   **Producer Information:**<br>A   Name: COMBINED UNDERWRITERS OF MIAMI, INC.<br>      PO BOX 528020<br>      MIAMI, FL 33152-8020<br>B   Telephone # +1 305 477 0444<br>C   Fax # +1 305 599 2343<br>D   Zurich Producer # 02361475 |
| 3. **Policy Period – From: 02/07/2017**    To: 02/07/2018<br>12:01 a.m. at your mailing address above. | E   Field Office Name<br>F   Field Office Code |

4. **Form of Business:** [x] Individual ☐ Partnership ☐ Corporation ☐ Joint Venture ☐ Other
5. **Limits of Insurance** (*either* One-Shot *or* Reporting Form as *indicated below*)

### [x] SUPPLEMENTAL DECLARATIONS
(If this box is checked, Supplemental Declarations is attached to and forms a part of this policy)

| | | |
|---|---|---|
| ☐ Reporting Form (continuous policy)<br>☐ Annual Rate     ☐ Monthly Rate (HBIS – 4) | [x] One-Shot (non-reporting form/single structure policy)<br>[x] 1-4 Family Dwelling    ☐ Commercial Structure<br>**Property Location** | |
| A) Any one building) or structure    $<br>B) All covered property at all locations    $<br>C) Rate                    Per Report | 730 NW 166 Avenue<br>Pembroke Pines, FL 33028 | |
| D) Premium                Per Report<br>E) Total Taxes and Surcharges    Per Report<br>    (per attached endorsement – N/A in | **New Construction**<br>A) Any one building or structure | $ |
|     NY)<br>F) Total Fully Earned Policy Premium   Per Report | B) All covered property at all locations<br>    (same as A unless otherwise noted) | $ |
| | **Remodeling**<br>D) Renovations and improvements<br>E) Existing buildings or structures | $     60,000<br>$    272,000 |
| | F) Rate<br>G) Premium<br>H)   Total Taxes and Surcharges<br>      (per attached endorsement) | $        0.83<br>$    2,756.00<br>$        0.00 |
| | I)   Total Fully Earned Policy Premium $<br>      (minimum premium applicable) |    2,756.00 |

6. **Deductible:** ☐$500   ☐$1,000   ☐$2,500   ☐$5,000   [x]Other $1,500

7. **Forms Applicable To This Coverage Part:**
### SEE SCHEDULE OF FORMS AND ENDORSEMENTS

Countersigned: _____   By: _____
            Date                                   Authorized Representative

FM-170001 (04-10)

Exhibit "A"

## MASTER CLAIMS

|  |  |
|---|---|
| Insured: | Jorge Mon |
| Property: | 730 nw 166th ave |
|  | Pembroke Pines, FL 33028 |

|  |  |
|---|---|
| Reference: |  |
| Company: | American Zurich |

**Claim Number:** 5630056902          **Policy Number:** BR10062877          **Type of Loss:** Hurricane

| Date of Loss: | 9/10/2017 | Date Received: | 8/26/2020 |
|---|---|---|---|
| Date Inspected: |  | Date Entered: | 12/8/2020 11:15 AM |

|  |  |
|---|---|
| Price List: | FLFL8X_JUN20 |
|  | Restoration/Service/Remodel |
| Estimate: | JORGE_MON_IRMA |

Exhibit "B"

## MASTER CLAIMS

**JORGE_MON_IRMA**

**Main Level**

**Bedroom**                                                                    **Height: 8'**



389.33  SF Walls                      130.31  SF Ceiling
519.64  SF Walls & Ceiling            130.31  SF Floor
14.48  SY Flooring                    48.67  LF Floor Perimeter
48.67  LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1.  Contents - move out then reset - Large room | 1.00 EA | 0.00 | 72.08 | 0.00 | 21.62 | 93.70 |
| 2.  R&R 5/8" drywall - hung, taped, floated, ready for paint | 130.31 SF | 0.47 | 2.44 | 3.99 | 114.96 | 498.16 |
| 3.  R&R Blown-in insulation - 10" depth - R26 | 130.31 SF | 0.96 | 0.84 | 4.14 | 71.62 | 310.32 |
| 4.  Texture drywall - light hand texture | 130.31 SF | 0.00 | 0.66 | 0.55 | 25.96 | 112.51 |
| 5.  Recessed light fixture - Detach & reset entire unit | 5.00 EA | 0.00 | 92.91 | 0.00 | 139.36 | 603.91 |
| 6.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 0.00 | 12.39 | 0.00 | 3.72 | 16.11 |
| 7.  Clean register - heat / AC | 1.00 EA | 0.00 | 4.79 | 0.00 | 1.44 | 6.23 |
| 8.  Prime & paint heat register | 1.00 EA | 0.00 | 9.35 | 0.13 | 2.84 | 12.32 |
| 9.  Mask the walls per square foot - plastic and tape - 4 mil | 389.33 SF | 0.00 | 0.22 | 1.17 | 26.06 | 112.88 |
| 10.  R&R Outlet or switch cover | 6.00 EA | 0.69 | 2.52 | 0.22 | 5.84 | 25.32 |
| 11.  R&R Aluminum window, single hung 9-12 sf (2 pane) | 1.00 EA | 25.06 | 224.91 | 9.52 | 77.86 | 337.35 |
| 12.  Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 0.00 | 32.93 | 0.00 | 9.88 | 42.81 |
| 13.  Clean window blind - horizontal or vertical | 24.00 SF | 0.00 | 1.10 | 0.01 | 7.92 | 34.33 |
| 14.  Floor protection - plastic and tape - 10 mil | 130.31 SF | 0.00 | 0.28 | 0.86 | 11.20 | 48.55 |
| 15.  Seal/prime then paint the walls and ceiling twice (3 coats) | 519.64 SF | 0.00 | 1.18 | 9.35 | 186.76 | 809.29 |
| 16.  Clean floor | 130.31 SF | 0.00 | 0.34 | 0.00 | 13.30 | 57.61 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals:  Bedroom | | | | 29.94 | 720.34 | 3,121.40 |

## MASTER CLAIMS



### Bathroom                                                                    Height: 8'

| | |
|---|---|
| 208.00 SF Walls | 40.00 SF Ceiling |
| 248.00 SF Walls & Ceiling | 40.00 SF Floor |
| 4.44 SY Flooring | 26.00 LF Floor Perimeter |
| 26.00 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 17.  Contents - move out then reset - Large room | 1.00 EA | 0.00 | 72.08 | 0.00 | 21.62 | 93.70 |
| 18.  R&R 5/8" drywall - hung, taped, floated, ready for paint | 40.00 SF | 0.47 | 2.44 | 1.22 | 35.28 | 152.90 |
| 19.  R&R Blown-in insulation - 10" depth - R26 | 40.00 SF | 0.96 | 0.84 | 1.27 | 21.98 | 95.25 |
| 20.  Texture drywall - light hand texture | 40.00 SF | 0.00 | 0.66 | 0.17 | 7.98 | 34.55 |
| 21.  Recessed light fixture - Detach & reset entire unit | 2.00 EA | 0.00 | 92.91 | 0.00 | 55.74 | 241.56 |
| 22.  Light fixture - Detach & reset | 1.00 EA | 0.00 | 44.32 | 0.00 | 13.30 | 57.62 |
| 23.  Mask the walls per square foot - plastic and tape - 4 mil | 208.00 SF | 0.00 | 0.22 | 0.62 | 13.90 | 60.28 |
| 24.  Bathroom ventilation fan light and heater - Detach & reset | 1.00 EA | 0.00 | 100.00 | 0.00 | 30.00 | 130.00 |
| 25.  R&R Outlet or switch cover | 4.00 EA | 0.69 | 2.52 | 0.14 | 3.88 | 16.86 |
| 26.  Floor protection - plastic and tape - 10 mil | 40.00 SF | 0.00 | 0.28 | 0.26 | 3.44 | 14.90 |
| 27.  Seal/prime then paint the walls and ceiling twice (3 coats) | 248.00 SF | 0.00 | 1.18 | 4.46 | 89.14 | 386.24 |
| 28.  Clean floor | 40.00 SF | 0.00 | 0.34 | 0.00 | 4.08 | 17.68 |
| Totals:  Bathroom | | | | 8.14 | 300.34 | 1,301.54 |
| Total: Main Level | | | | **38.08** | **1,020.68** | **4,422.94** |

### Roof



### Roof1

| | |
|---|---|
| 2,307.87 Surface Area | 23.08 Number of Squares |
| 202.91 Total Perimeter Length | 36.42 Total Ridge Length |
| 43.83 Total Hip Length | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

## MASTER CLAIMS

### CONTINUED - Roof1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 29.  Remove Tile roofing - Concrete - "S" or flat tile - w/out felt | 23.08 SQ | 194.64 | 0.00 | 0.00 | 1,347.68 | 5,839.97 |
| 30.  Tile roofing - Concrete - "S" or flat tile - w/out felt | 26.54 SQ | 0.00 | 1,200.00 | 248.37 | 9,628.92 | 41,725.29 |
| 31.  R&R Ridge / Hip / Rake cap - tile roofing | 80.25 LF | 5.71 | 15.15 | 33.42 | 512.22 | 2,219.66 |
| 32.  Roofing felt - 30 lb. | 23.08 SQ | 0.00 | 60.00 | 19.84 | 421.40 | 1,826.04 |
| 33.  Remove Roll roofing - hot mop application - per ind. mat. source | 23.08 SQ | 74.60 | 0.00 | 0.00 | 516.54 | 2,238.31 |
| 34.  Roll roofing - hot mop application - per ind. mat. source | 23.08 SQ | 0.00 | 179.52 | 37.74 | 1,254.32 | 5,435.38 |
| 35.  R&R Sheathing - plywood - 3/4" CDX | 400.00 SF | 0.75 | 1.99 | 24.24 | 336.08 | 1,456.32 |
| 36.  R&R Fascia - 1" x 6" - #1 pine | 202.91 LF | 0.37 | 4.54 | 20.33 | 304.98 | 1,321.60 |
| 37.  Re-nailing of roof sheathing - complete re-nail | 2,307.87 SF | 0.00 | 0.39 | 2.77 | 270.86 | 1,173.70 |
| 38.  R&R Flashing, 14" wide | 20.00 LF | 0.65 | 5.44 | 1.61 | 37.02 | 160.43 |
| 39.  R&R Drip edge | 202.91 LF | 0.37 | 3.39 | 9.98 | 231.88 | 1,004.80 |
| 40.  R&R Roof vent - turtle type - Metal | 2.00 EA | 9.97 | 87.01 | 2.23 | 58.84 | 255.03 |
| 41.  R&R Flashing - pipe jack - lead | 3.00 EA | 7.82 | 89.52 | 6.88 | 89.66 | 388.56 |
| Totals:  Roof1 | | | | 407.41 | 15,010.40 | 65,045.09 |

### Roof2



205.92  Surface Area            2.06  Number of Squares
70.34  Total Perimeter Length

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 42.  Remove Tile roofing - Concrete - "S" or flat tile - w/out felt | 2.06 SQ | 194.64 | 0.00 | 0.00 | 120.28 | 521.24 |
| 43.  Tile roofing - Concrete - "S" or flat tile - w/out felt | 2.37 SQ | 0.00 | 1,200.00 | 22.18 | 859.86 | 3,726.04 |
| 44.  R&R Ridge / Hip / Rake cap - tile roofing | LF | 5.71 | 15.15 | 0.00 | 0.00 | 0.00 |
| 45.  Roofing felt - 30 lb. | 2.06 SQ | 0.00 | 60.00 | 1.77 | 37.62 | 162.99 |
| 46.  Remove Roll roofing - hot mop application - per ind. mat. source | 2.06 SQ | 74.60 | 0.00 | 0.00 | 46.10 | 199.78 |
| 47.  Roll roofing - hot mop application - per ind. mat. source | 2.06 SQ | 0.00 | 179.52 | 3.37 | 111.96 | 485.14 |

## MASTER CLAIMS

### CONTINUED - Roof2

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 48.  R&R Fascia - 1" x 6" - #1 pine | 70.34 LF | 0.37 | 4.54 | 7.05 | 105.72 | 458.14 |
| 49.  Re-nailing of roof sheathing - complete re-nail | 205.92 SF | 0.00 | 0.39 | 0.25 | 24.18 | 104.74 |
| 50.  R&R Drip edge | 70.34 LF | 0.37 | 3.39 | 3.46 | 80.38 | 348.32 |
| Totals:  Roof2 | | | | 38.08 | 1,386.10 | 6,006.39 |

### General Items

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 51.  Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 385.00 | 0.00 | 0.00 | 115.50 | 500.50 |
| 52.  Cleaning Technician - per hour | 8.00 HR | 0.00 | 37.58 | 0.00 | 90.20 | 390.84 |
| 53.  Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 1,200.00 | 0.00 | 360.00 | 1,560.00 |
| Totals:  General Items | | | | 0.00 | 565.70 | 2,451.34 |
| Total: Roof | | | | 445.49 | 16,962.20 | 73,502.82 |

### Labor Minimums Applied

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 54.  Heat, vent, & air cond. labor minimum | 1.00 EA | 0.00 | 212.87 | 0.00 | 63.86 | 276.73 |
| 55.  Window treatment repair | 1.00 EA | 0.00 | 117.33 | 0.00 | 35.20 | 152.53 |
| 56.  Floor cleaning labor minimum | 1.00 EA | 0.00 | 58.33 | 0.00 | 17.50 | 75.83 |
| 57.  Window labor minimum | 1.00 EA | 0.00 | 135.50 | 0.00 | 40.66 | 176.16 |
| Totals:  Labor Minimums Applied | | | | 0.00 | 157.22 | 681.25 |
| **Line Item Totals: JORGE_MON_IRMA** | | | | **483.57** | **18,140.10** | **78,607.01** |

## MASTER CLAIMS

### Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 597.33 | SF Walls | 170.31 | SF Ceiling | 767.64 | SF Walls and Ceiling |
| 170.31 | SF Floor | 18.92 | SY Flooring | 74.67 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 74.67 | LF Ceil. Perimeter |
| 170.31 | Floor Area | 194.53 | Total Area | 597.33 | Interior Wall Area |
| 804.21 | Exterior Wall Area | 70.00 | Exterior Perimeter of Walls | | |
| 2,513.79 | Surface Area | 25.14 | Number of Squares | 0.00 | Total Perimeter Length |
| 36.42 | Total Ridge Length | 43.83 | Total Hip Length | | |

**MASTER CLAIMS**

---

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 59,983.34 |
| Material Sales Tax | 483.57 |
| Subtotal | 60,466.91 |
| Overhead | 9,070.05 |
| Profit | 9,070.05 |
| **Replacement Cost Value** | **$78,607.01** |
| **Net Claim** | **$78,607.01** |

---

## MASTER CLAIMS

### Recap of Taxes, Overhead and Profit

| | Overhead (15%) | Profit (15%) | Material Sales Tax (6%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (6%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 9,070.05 | 9,070.05 | 483.57 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **9,070.05** | **9,070.05** | **483.57** | **0.00** | **0.00** | **0.00** |

**MASTER CLAIMS**

## Recap by Room

**Estimate: JORGE_MON_IRMA**

**Area: Main Level**

| | | |
|---|---|---|
| **Bedroom** | **2,371.12** | **3.95%** |
| **Bathroom** | **993.06** | **1.66%** |
| **Area Subtotal:  Main Level** | **3,364.18** | **5.61%** |

**Area: Roof**

| | | |
|---|---|---|
| **Roof1** | **49,627.28** | **82.74%** |
| **Roof2** | **4,582.21** | **7.64%** |
| **General Items** | **1,885.64** | **3.14%** |
| **Area Subtotal:  Roof** | **56,095.13** | **93.52%** |
| **Labor Minimums Applied** | **524.03** | **0.87%** |
| **Subtotal of Areas** | **59,983.34** | **100.00%** |
| **Total** | **59,983.34** | **100.00%** |

<u>**MASTER CLAIMS**</u>

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| CLEANING | 448.07 | 0.57% |
| CONTENT MANIPULATION | 144.16 | 0.18% |
| GENERAL DEMOLITION | 8,446.06 | 10.74% |
| DRYWALL | 527.96 | 0.67% |
| ELECTRICAL | 125.20 | 0.16% |
| | 1,200.00 | 1.53% |
| FRAMING & ROUGH CARPENTRY | 796.00 | 1.01% |
| HEAT,  VENT & AIR CONDITIONING | 225.26 | 0.29% |
| INSULATION | 143.06 | 0.18% |
| LIGHT FIXTURES | 694.69 | 0.88% |
| PAINTING | 1,094.27 | 1.39% |
| ROOFING | 44,387.39 | 56.47% |
| SOFFIT, FASCIA, & GUTTER | 1,240.55 | 1.58% |
| WINDOWS - ALUMINUM | 224.91 | 0.29% |
| WINDOW TREATMENT | 150.26 | 0.19% |
| WDW | 135.50 | 0.17% |
| O&P Items Subtotal | 59,983.34 | 76.31% |
| Material Sales Tax | 483.57 | 0.62% |
| Overhead | 9,070.05 | 11.54% |
| Profit | 9,070.05 | 11.54% |
| **Total** | **78,607.01** | **100.00%** |

**MASTER CLAIMS**

1



2



3



4



5



6



7



8

**MASTER CLAIMS**

9


10

11



12

13



14

15



16

**MASTER CLAIMS**

17

18

19

20

21

22

23

24

**MASTER CLAIMS**



**MASTER CLAIMS**



**MASTER CLAIMS**



**MASTER CLAIMS**



**MASTER CLAIMS**

57       58     

59     



Main Level



F2(C)

Roof1

F3(D)

F1(A)

Roof2
F4



Roof

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO:

JORGE I. MON & MARIA E. MON,

         Plaintiff(s),

vs.

AMERICAN ZURICH INSURANCE
COMPANY,

         Defendant.
_____/

## **PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT**

The Plaintiff(s), JORGE I. MON & MARIA E. MON, (the "Plaintiff"), by and through undersigned counsel, hereby request that the Defendant, AMERICAN ZURICH INSURANCE COMPANY, (the "Defendant"), admit or deny the following, within the time frames provided by the Florida Rules of Civil Procedure:

## **DEFINITIONS**

The term "Defendant" means AMERICAN ZURICH INSURANCE COMPANY, and any employees, agents, representatives, attorneys or other persons acting or purporting to act, on its behalf.

## REQUESTS

1. Admit that a homeowner's insurance policy with policy number BR10062877 ("Policy") issued by the Defendant was in full force and effect on September 10th, 2017, for the property located at 730 NW 166th Ave, Pembroke Pines, FL 33028 ("insured property").

2. Admit that on or about September 10th, 2017, the insured property sustained a covered loss (the "Loss").

3. Admit that JORGE I. MON & MARIA E. MON, (the "Insured") is the insured under policy number BR10062877 issued by the Defendant.

4. Admit that the Defendant assigned claim number 5630056902 to the loss.

5. Admit that the Defendant received an estimate from the Plaintiff in the amount of $78,607.01 for claim number 5630056902 and date of loss September 10th, 2017.

6. Admit that the Defendant has not paid the Plaintiff's estimate in full.

7. Admit that the Defendant has breached the Policy.

8. Admit that the Plaintiff has cooperated with the Defendant at all times material hereto.

9. Admit that the Policy is a written contract between the Insured and the Defendant.

10. Admit that the Insured has paid all premiums due to obtain coverage under the Policy.

11. Admit that the Defendant has not been prejudiced by the Insured.

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been served attached to the original Summons and Complaint.

Respectfully Submitted by,

Shield Law Group of Florida, LLC
15751 Sheridan Street #300, Davie, FL 33331
Telephone: 786-496-2223

By: **/s/ Jamie Alvarez, Esq. 0526762**
JAMIE ALVAREZ, ESQ.
FLA BAR NO.: 0526762
For Service Only:
legalservice@shieldlawgp.com

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:

JORGE I. MON & MARIA E. MON,

     Plaintiff(s),

vs.

AMERICAN ZURICH INSURANCE
COMPANY,

     Defendant.

_____/

### **PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT**

     COMES NOW the Plaintiff(s), by and through undersigned counsel, pursuant to Rule 1.350 of the Florida Rules of Civil Procedure, hereby requests Defendant, to furnish copies of the following documents to the offices of the undersigned attorney within the time prescribed by law.

### **DEFINITIONS**

1)  The term "communication" shall mean any transmission of information by any means, including, without limitation, by spoken language, electronic transmission of data or any other means. The term "communication" shall include, without limitation, any copies of written information received by the person or entity responding to this request, even if such person or entity is not the primary or direct addressee of such written information.

2)  The term "document" or "documents" is used in its broadest sense and includes, without limitation, drafts, documents whether printed, recorded, stored or reproduced by any mechanical or electronic process, or written or produced by hand, and including computer tapes (including backup tapes) and all other computer-related documents, within your possession, custody or control. "Documents" shall also include (1) each copy that is not identical to the original or to any other copy, and (2) any tangible thing that is called for by or identified in response to any request. "Document" as used herein shall be construed broadly to include all documents and things within the scope of the Florida Rules of Civil Procedure and refers to all writings or other graphic matter, as well as any other medium by which information is stored or recorded. It includes originals, drafts, copies and reproductions; and it includes, without limiting the generality of the forgoing, letters; memoranda; reports and/or

summaries of investigations; police reports; accident reports; opinions or reports of consultants; diagrams; marginal comments appearing on any documents; accounts; telegrams; studies; lists of persons attending meetings or conferences; records of memoranda of telephone conversations; specifications; drawings; advertisements; circulars; trade letters; press releases; prints; recordings; positive or negative films, slides or photographs; magnetic, electronic or video tapes; computer tapes, cards or printouts, and all other things of like nature; and any and all containers, boxes or other receptacles or repositories housing or containing such "documents."

3) "Person" means a natural person, firm, association, partnership, corporation, or other firm of legal or business entity, public or private.

4) The term "referring" or "relating" shall mean showing, disclosing, averting to, comprising, evidencing, constituting or reviewing.

5) The term "representative" as used herein with regard to a person or entity means and includes each and every present and former director, officer, partner, employee, agent, independent consultant or expert or other person (including attorneys) acting or purporting to act on behalf of the person or entity.

6) "Subject damages" means any property loss or damage for which the plaintiff contends that the defendant must pay under the terms and conditions of the subject insurance contract with the parties.

7) The singular includes the plural and vice versa; the words "and" and "or" shall be both conjunctive; the word "all" means "any and all"; the word "any" means "any and all"; the word "including" means "including, without limitation."

## DOCUMENT REQUEST:

1) All documents which you believe support the Plaintiff's claims.

2) All reports and current curriculum vitae from any expert(s) retained for any reason regarding Plaintiff's claim.

3) All correspondence regarding the claim not contained within the claims file, including but not limited to email or other written documents of any kind or correspondence with Plaintiff, Plaintiff's counsel, experts, independent adjusters, appraisers, inspector, and any other third party, or to anyone in the company for which the Adjuster works or provides services.

4) All correspondence regarding the claim contained within the claims file, including but not limited to; email or other written documents of any kind or correspondence with Plaintiff, Plaintiff's counsel, experts, independent adjusters, appraisers, inspectors, and any other third party, or to anyone in the company for which the Adjuster works or provides services

5) All writings, memoranda, notes, or other materials reflecting examination of Plaintiff's dwelling by Defendant or its agents, including before and after the subject date of loss as set forth in the Complaint.

6) All photographs or video depiction of Plaintiff's property in the possession of the Defendant or any agent of Defendant, both before and after the date of loss as set forth in the Complaint.

7) All proofs of loss received by Defendant from Plaintiffs or any representative of Plaintiff.

8) All estimates received by Defendant from any source for repairs to Plaintiff's residence.

9) All documents sent to any governmental agencies related to this claim, and/or the reason it has not been fully settled or paid.

10) All time sheets or start/stop time indications for site visits at Plaintiff's property.

11) Any documents reflecting any scientific or other authority (e.g., treatises, books, studies, software programs, etc.) relied upon by the Defendant in adjusting the claim or determining any amount Defendant would or would not pay.

12) Any documents that would more fully explain why the Defendant has not paid this claim in the amount requested by the Plaintiff.

13) Any lists of experts regularly utilized by the Adjuster with the accompanying information showing the specific expertise sufficient to properly evaluate the claim, or that is directed by Defendant to Adjuster for any kind of consideration in the selection of experts.

14) Copies of all documents evidencing payments made to Plaintiffs relating to this claim, including those that simply reference such payments or refusal to pay or any other kind of payment or refusal to pay.

15) A copy of any and all inspection reports of Plaintiff's property.

16) All statements of witnesses relating to the facts or issues involved in this lawsuit.

17) . All reports, studies, memorandums, correspondence, documents, or any other evidence regarding the results of any tests performed by anyone by or on behalf of the Defendant for any of the allegations by the Defendant.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy has been provided through service of process with the Complaint and Summons.

Respectfully Submitted,

Shield Law Group of Florida, LLC
15751 Sheridan Street #300
Davie, FL 33331
Telephone: 786-496-2223

By: **/s/ Jamie Alvarez, Esq. 0526762**
JAMIE ALVAREZ, ESQ.
FLA BAR NO.: 0526762
For Service of documents only:
legalservice@shieldlawgp.com

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:

JORGE I. MON & MARIA E. MON,

      Plaintiff(s),
vs.

AMERICAN ZURICH INSURANCE
COMPANY,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF SERVING INITIAL INTERROGATORIES TO DEFENDANT

COMES NOW the Plaintiff(s), JORGE I. MON & MARIA E. MON, by and through her undersigned counsel, pursuant to Rule 1.340 of the Florida Rules of Civil Procedure, serves the attached interrogatories to the Defendant, AMERICAN ZURICH INSURANCE COMPANY, to be answered, under oath, within 30 days.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by service of process.

Respectfully Submitted by,

Shield Law Group of Florida, LLC
15751 Sheridan Street #300, Davie, FL 33331
Telephone: 786-496-2223
By: **/s/ Jamie Alvarez, Esq. 0526762**

JAMIE ALVAREZ, ESQ.
FLA BAR NO.: 0526762
Jamie@shieldlawgp.com;
legalservice@shieldlawgp.com

Shield Law Group of Florida, LLC * 15751 Sheridan Street 300, Davie, FL 33331 * Telephone #: 786-496-2223

## **PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT**

Definitions:
The terms "you" and "your" means the Defendant and agents, employees and/or entities or persons acting or directing on behalf of the Defendant.

1.    Please state the person who is answering these interrogatories by stating your full name, employment address and position that you hold with the Defendant.

2.    Please state the date that Defendant first received any notice from Plaintiff concerning a claim for benefits under the policy for property damages as described in the complaint for damages in the lawsuit.

3.    Describe in as much detail as possible each and every factual reason why the Defendant has not properly awarded coverage for Plaintiff's claim as described in the complaint for damages.

4.    State the location including page(s), line(s) and paragraph number(s) and the exact language contained in the policy of insurance upon which the Defendant has based its decision for coverage for the claim described in the complaint.

5.    Identify each document sent from Defendant to the Plaintiff in reference to the subject loss involved herein, including the date sent, and the name of the individual who sent said communication.

6.    Identify each person who on behalf of Defendant inspected the property described in the complaint including his or her field of expertise and the date of each inspection.

7.    Identify each written estimate of repair or replacement including the amount set forth in each estimate, which has been provided to Defendant by Plaintiff in reference to the claim described in the Complaint.

8.    Identify all persons (other than Defendant) believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues raised by the pleadings, specifying the subject matter about which the witnesses have knowledge and state whether you have obtained any statements (oral, written and/or recorded) from any said witnesses, list the dates any such witness statements were taken, by whom such witness statements were taken and who has present possession, custody and control of any such statements.

9.  Did the Defendant request Plaintiff to perform any post loss duties for the subject claim, including but not limited to submit an examination under oath, submission of a sworn statement in proof of loss, to permit inspection, etc.?

10. If your answer to the preceding interrogatory was "YES", please state for each request:
    a)  the exact request made

    b)  the date of the request

    c)  whether the request was written or oral

    d)  what did Plaintiff do in response to said request.

11. With reference of each of your affirmative defenses raised in the lawsuit, please describe each and every fact upon which you rely to substantiate such affirmative defense, including identification of all witnesses to each such fact

12. Please state and/or explain any provision, exclusion, or condition of the policy of insurance

issued by the Defendant that would not provide or limit coverage for the loss reported by the Plaintiff.

13. Please identify any person you expect to call to testify at the time of trial.

14. Identify the persons involved in the investigation and handling of the Plaintiff's claim described in this instant suit and include a brief description of the involvement of each person identified, their employer, and the date(s) of such involvement.

15. If you performed any investigative steps in addition to what you have already provided, describe those investigative steps conducted by you or any of your representatives with respect to the facts surrounding the circumstances of the subject loss.   Identify the persons involved and provide their contact information.

16. Identify the date, author and results of all estimates, appraisals, engineering, mold and all other reports generated by the Defendant in this claim.

17. State the following concerning notice of claim:  a.) The date and manner which notice of the claim was received, b.) the date and manner which you acknowledged receipt of the claim, c.) All correspondence and communications with the insured, d.) the date and manner in which you notified the claimant in writing of the acceptance or rejection of the claim

18. Identify by date, amount and reason, of the insurance proceed payments made by you to the Plaintiffs.

19.  Has the Plaintiff's claim for insurance benefits been rejected or denied? If denied, state the reasons for denying the claim.

20.  Please identify the written procedures or policies (including documents maintained in electronic form) which you maintain for your internal and/or third-party adjusters to use in connection with handling property and casualty claims including this instant claim.

21.  Have any documents (including those maintained electronically) relating to the investigation of Plaintiff's claim been destroyed or disposed? If so, please identify and inform of the content of said item and describe your document retention policy.

22.  Please identify and provide contact information of all persons you intend to call as witnesses or for any evidentiary hearing/trial of this matter and provide a brief summary of the witnesses expected to testify, including the topics on which witness is expected to testify.

23.  If a third-party engineer evaluated the subject property, provide information for each of the matters in which the same engineers were retained by you to evaluate other properties over the past five years.

24.  Describe in detail what occurred in the initial inspection and any important notes made at that time.

<u>JURAT PAGE</u>

STATE OF FLORIDA                                    )
                                                   ) S.S.:
COUNTY OF _____                          )


      BEFORE ME, the undersigned officer, authorized by law to administer oaths and take acknowledgments, personally appeared _____ ,who is ___personally known to me or ____produced sufficient identification of _____(type of identification) and after being by me duly sworn, deposes and says that the answers to the above and foregoing Plaintiff's First Set of Interrogatories to Defendant (Numbered 1 – 13) are true and correct to the best of his/her knowledge and belief.


                                     _____
                                     Affiant

      SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20__.


_____
NOTARY PUBLIC, State of Florida



_____
Print, Type or Stamp Commissioned Name of Notary

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.:

JORGE I. MON & MARIA E. MON,

      Plaintiff(s),

vs.

AMERICAN ZURICH INSURANCE
COMPANY,

      Defendant.

_____/

## NOTICE OF DESIGNATION OF E-MAIL ADDRESSES

COME NOW the Plaintiff(s), in accordance with Florida Rule of Civil Procedure 1.080 and Florida Rule of Judicial Administration 2.516, hereby designates undersigned counsel's electronic mail addresses in the above styled cause and respectfully requests that copies of all orders, process, pleadings, and other documents filed or served in this matter be served at the e-mail addresses listed below:

**Primary:** legalservice@shieldlawgp.com      **Secondary:** jamie@shieldlawgp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished through service of process.

Respectfully Submitted by,

Shield Law Group of Florida, LLC
15751 Sheridan Street #300, Davie, FL 33331
Telephone: 786-496-2223

By: **/s/ Jamie Alvarez, Esq. 0526762**

JAMIE ALVAREZ, ESQ.
FLA BAR NO.: 0526762
Jamie@shieldlawgp.com;
legalservice@shieldlawgp.com

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:

JORGE I. MON & MARIA E. MON,

      Plaintiff,

v.

AMERICAN ZURICH INSURANCE
COMPANY,

      Defendant.

_____/

## **NOTICE OF TAKING DEPOSITION DUCES TECUM**
(Plaintiff's counsel appearing by phone)

      PLEASE TAKE NOTICE that the undersigned attorney will take the deposition by oral examination for purposes of discovery, for use at trial, or for such other purposes as are permitted under the rules of court of:

| | |
|---|---|
| **Name:** | Field Adjuster for American Zurich Insurance Company |
| **Date and Time:** | TBD |
| **Place:** | Via Zoom Video Conference |

**The Deponent is to have at the deposition the following: All documentation attached to Schedule "A"**

      Upon oral examination before Empire Legal Reporting, a notary public, or any other notary public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed.

**AMERICANS WITH DISABILITIES ACT. If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355; at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

service of process.

Respectfully Submitted,

Shield Law Group of Florida, LLC
15751 Sheridan Street #300
Davie, FL 33331
Telephone: 786-496-2223

By: **<u>/s/ Jamie Alvarez, Esq. 0526762</u>**
JAMIE ALVAREZ, ESQ.
FLA BAR NO.: 0526762
For Service of documents only:
legalservice@shieldlawgp.com
Jamie@shieldlawgp.com

## SCHEDULE "A"

1. Curriculum Vitae.

2. All documents and materials, whether electronic or otherwise, including any correspondence, notes, letters, pleadings, photographs, audio recordings, video recordings, communications, or information, that you have reviewed, relied upon, referenced, or heard of that relate or pertain in any way to this lawsuit from any source, including such documents or materials that were used or relied upon you in making your opinion in this case.

3. All documents and materials used or prepared by you in preparation for your report, opinion, or testimony in this lawsuit. This should include, but not be limited to reports, estimates, inventories, summaries, charts and diagrams.

4. All documents relating or pertaining to any communications, correspondence or contact of any kind, including electronic mail, between you and AMERICAN ZURICH INSURANCE COMPANY or its attorneys regarding your opinion in this lawsuit.

5. All documents provided to you by any director, officer, agent, employee, owner or worker for AMERICAN ZURICH INSURANCE COMPANY in connection with this lawsuit.

6. All documents or materials which you reviewed, used or analyzed in formulating your opinion, including all documents evidencing any research you performed in relation to your opinion in this lawsuit.

7. All documents related to any and all training that your employer, AMERICAN ZURICH INSURANCE COMPANY, has given you with regard to property insurance adjusting.

8. All correspondence of any kind, including electronic mail, between yourself and any current or former employee, officer, director, independent contractor or worker of AMERICAN ZURICH INSURANCE COMPANY in relation to your opinion in this lawsuit.

9. All documents referred to in your report.

10. All of your billing and/or time records relating this lawsuit.

11. All non-privileged documents you reviewed in preparation for this deposition.

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:

JORGE I. MON & MARIA E. MON,

       Plaintiff,

v.

AMERICAN ZURICH INSURANCE
COMPANY,

       Defendant.

_____/

## NOTICE OF TAKING DEPOSITION DUCES TECUM
### (Plaintiff's Counsel will appear telephonically)

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition of:

| | |
|---|---|
| **Name**: | **Corporate Representative of AMERICAN ZURICH INSURANCE COMPANY, pursuant to Fla. R. Civ. P. 1.310(b) regarding the areas of inquiry identified in Exhibit A** |
| **Date and Time:** | **TBD** |
| **Place:** | **Via Zoom Video Conference** |

**The Deponent is to have at the deposition the following: All documentation on attached Exhibit "B"**

Upon oral examination before **Empire Legal Reporting**, a Notary Public, or any other notary public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of court.

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by service

of process.

Respectfully submitted,

Shield Law Group of Florida, LLC
15751 Sheridan Street #300
Davie, FL 33331
Telephone: 786-496-2223

By: /s/ Jamie Alvarez____
JAMIE ALVAREZ, ESQ.
FLA BAR NO.: 0526762
Jamie@ShieldLawGP.com
For service of documents only:
LegalService@ShieldLawGP.com

### EXHIBIT "A"

1. The entire claim file for the claim(s) at issue in this suit ("the Claim") and the documents contained therein;

2. The adjustment of the Claim;

3. The damages at issue on the Claim and any and all estimates prepared of the damages at issue;

4. The payments related to the Claim, including payments to the insured, clients, vendors, or employees;

5. Any and all reasons why the Claim presented by the Plaintiff(s) has not been paid, or the reasons for the amount paid;

6. The factual support for any affirmative defenses raised in Defendant's Answer and Affirmative Defenses when filed, including the name of the person with knowledge, their position with the defendant and the facts within their knowledge which support an avoidance of coverage or payment, or the basis for any amount paid;

7. The subject policy, including coverages, deductible, exclusions as it relates to the Claim;

8. The insured(s)' duties and compliance or alleged failure to comply with either, under the subject policy;

9. Expert reports and evaluations related to the Claim;

10. Responses to any and all discovery requests in the above-styled action;

11. The underwriting of the subject policy at issue from the date the subject property was insured by your client to the date of filing this lawsuit.

## <u>EXHIBIT "B"</u>

Any and all records regarding JORGE I. MON & MARIA E. MON and/or their representative (s) in your possession regarding the properties located at:

| **Address** | **Policy Number** |
|---|---|
| *730 NW 166TH AVE* | |
| *PEMBROKE PINES, FL* | |
| *33028* | *BR10062877* |

1.  Your entire file including but not limited to any and all documents, records, receipts estimates, invoices, bills, contracts, logs, notes, sketches, diagrams, proposals, and/or documents reflecting the above buildings.

2.  Any and all correspondence, faxes, and/or e-mails between you and your representatives JORGE I. MON & MARIA E. MON and or their representatives.

3.  Any and all videos and/or color photographs regarding the above buildings.  If color photographs do not exist, please provide all black & white photographs.

    IF ANY DOCUMENT CONTAINED WITHIN YOUR FILES IN NOT PRODUCED PURSUANT TO THIS SUBPOENA, IDENTIFY SAME AND STATE THE BASIS FOR WITHOLDING SAID DOCUMENT.