# Exhibit "B"

Illinois Department of Insurance Company Search



| | |
|---|---|
| **Legal Name:** | AMERICAN ZURICH INSURANCE COMPANY |
| **Company Type:** | P&C Domestic Stock |
| **Domicile:** | Schaumburg, Illinois |
| **Parent Company:** | Zurich Insurance Group Ltd. |
| **Status:** | Active |
| **FEIN:** | 36-3141762 |
| **NAIC Code:** | 212 40142 |
| **Incorporated Date:** | 8/19/1981 |

Addresses

| Administrative Mailing | Corporate Home |
|---|---|
| 1299 Zurich Way<br>Schaumburg,  IL   60196 1056 | 1299 Zurich Way<br>Schaumburg,  IL   60196 1056 |

Phone Numbers

| Business |
|---|
| (847) 605-6000 |

<-- Back to Search Results