# Exhibit "C"

Search

# Company Directory: Search Results

*This information is current as of 2/9/2022*

## AMERICAN ZURICH INSURANCE COMPANY

| | |
|---|---|
| FEIN | 36-3141762 |
| Florida Company Code | 09080 |
| NAIC Company Code | 40142 |
| Company Type | PROPERTY AND CASUALTY INSURER |
| Home State | IL |
| Web Site | http://WWW.ZURICHNA.COM |
| Authorization Type | CERTIFICATE OF AUTHORITY |
| Authorization Status | ACTIVE |
| First Licensed in Florida Date | 12/27/1982 |

## Addresses

| Type | Address | Phone |
|---|---|---|
| ADMINISTRATIVE | 1299 ZURICH WAY, SCHAUMBURG IL 60196-1056 United States | (847) 605-6000 |
| HOME | 1299 ZURICH WAY, SCHAUMBURG IL 60196-1056 United States | |
| MAILING | 1299 ZURICH WAY, 5TH FLOOR, SCHAUMBURG IL 60196-1056 United States | (847) 605-3284 |
| CLAIMS WEBSITE | http://www.zurichna.com | (800) 987-3373 |
| LOCATION OF RECORDS | 1299 ZURICH WAY, SCHAUMBURG IL 60196-1056 United States | (847) 605-3284 |

## Authorized Lines of Business

| Line of Business | Type |
|---|---|
| COMMERCIAL AUTO PHYSICAL DAMAGE | DIRECT AND REINSURANCE |
| COMMERCIAL AUTOMOBILE LIABILITY | DIRECT AND REINSURANCE |
| FIRE | DIRECT AND REINSURANCE |
| ALLIED LINES | DIRECT AND REINSURANCE |
| EARTHQUAKE | DIRECT AND REINSURANCE |
| COMMERCIAL MULTI PERIL | DIRECT AND REINSURANCE |
| SERVICE WARRANTIES (NON-AUTO) | DIRECT AND REINSURANCE |
| MOBILE HOME MULTI PERIL | DIRECT AND REINSURANCE |
| OTHER WARRANTY | DIRECT AND REINSURANCE |
| BURGLARY AND THEFT | DIRECT AND REINSURANCE |
| FIDELITY | DIRECT AND REINSURANCE |
| FARMOWNERS MULTI PERIL | DIRECT AND REINSURANCE |
| OCEAN MARINE | DIRECT AND REINSURANCE |
| WORKERS COMPENSATION | DIRECT AND REINSURANCE |
| SURETY | DIRECT AND REINSURANCE |
| PRIVATE PASSENGER AUTO LIABILITY | DIRECT AND REINSURANCE |
| HOME WARRANTIES | DIRECT AND REINSURANCE |
| OTHER LIABILITY | DIRECT AND REINSURANCE |
| GLASS | DIRECT AND REINSURANCE |
| BOILER AND MACHINERY | DIRECT AND REINSURANCE |
| MISCELLANEOUS CASUALTY | DIRECT AND REINSURANCE |
| PPA PHYSICAL DAMAGE | DIRECT AND REINSURANCE |
| MEDICAL MALPRACTICE | DIRECT AND REINSURANCE |
| ACCIDENT AND HEALTH | DIRECT AND REINSURANCE |
| INLAND MARINE | DIRECT AND |

|  | REINSURANCE |
|---|---|
| MOBILE HOME PHYSICAL DAMAGE | DIRECT AND REINSURANCE |
| HOMEOWNERS MULTI PERIL | DIRECT AND REINSURANCE |

| **Current Personal Injury Protection(Auto-PIP) Contact** | |
|---|---|
| PIP Contact Name | ARNOLD D'ANGELO |
| PIP Address | 1299 ZURICH WAY<br><br>SCHAUMBURG IL 60196 |

**Historic PIP Contact information is available upon request from**:
**Office of Insurance Regulation**
**Public Records Office**
**200 East Gaines Street**
**Tallahassee, FL 32399**
**TELEPHONE: 850-413-4223**

[ New Search ]

## DISCLAIMER

The Florida Office of Insurance Regulation ("Office") provides access to company and other information on this Web site as a public service. Although reasonable efforts have been made to ensure that all electronic information made available is current, complete and accurate, the Office does not warrant or represent that this information is current, complete and accurate. All information is subject to change on a regular basis, without notice.

The Office assumes no responsibility for any errors in the information provided, nor assumes any liability for any damages incurred as a consequence, directly or indirectly, of the use and application of any of the contents of the Office Web site. Unless otherwise noted on an individual document, file, webpage or other Web site item, the Office grants users permission to reproduce and distribute all information available on this website for non-commercial purposes and usage, as long as the contents remain unaltered and as long as it is noted that the contents have been made available by the Florida Office of Insurance Regulation.

Any electronic information or inquiries that the Office receives from a Web site user shall not be considered as, or treated as, confidential.

The inclusion of, or linking to, other web site URLs does not imply our endorsement of, nor responsibility for, those web sites, but has been done as a convenience to our Web site visitors.

## EXAMPLES

The Office of Insurance Regulation company search does not require you to know exactly how Office of Insurance Regulation has the company's name recorded. It will take your input and return every name that contains your input as it appears in any part of all records. In other words, if your search is:

*Floricorp*

then the search will return all the names that have "Floricorp" in any part of the record. For example:

FLORICORP, INC.
FLORICORP PROPERTY AND CASUALTY COMPANY
SOUTHERN FLORICORP UNLIMITED

If you entered

*Floricorp P*

you would get only

FLORICORP PROPERTY AND CASUALTY COMPANY

Note that even though the whole name is searched, the service still looks for an exact match. So if you entered

*FLORICORP,*

(i.e., with a comma) you would only get

FLORICORP, INC.